IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **STEPHANIE R. LINDSEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 10-0285-KD-C |
| ) | |
| **BOARD OF SCHOOL COMMISSIONERS** ) | |
| **OF MOBILE COUNTY, ALABAMA,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered this date granting the motion for summary judgment filed by defendant Board of School Commissioners of Mobile County, Alabama, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of plaintiff Stephanie R. Lindsey against the defendant are **DISMISSED with prejudice.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, judgment is hereby entered in favor of defendant Board of School Commissioners of Mobile County, Alabama and against plaintiff Stephanie R. Lindsey.

**DONE** and **ORDERED** this the 29th day of November, 2011.

s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**